**Kwame ASAFO–ADJEI, Plaintiff–Appellant,**

v.

**FIRST SAVINGS MORTGAGE CORPORATION; Andrew Mactigue; George Bonney, Dr. Hal J. Epstein; Wilshire Credit Corporation; Green Tree Servicing, LLC, Defendants–Appellees,**

**and**

**Homecomings Financial; GMAC Mortgage LLC, Defendants.**

**No. 11–1179.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 25, 2011.

Kwame Asafo–Adjei, Appellant Pro Se. Thomas John McKee, Jr., Williams Mullen, McLean, Virginia, William Lewis Stauffer, Jr., Williams Mullen, Newport News, Virginia; Thomas Althauser, Eccleston &

Wolf PC, Hanover, Maryland, Nathaniel Kenneth Risch, Eccleston & Wolf PC, Washington, D.C.; James Burton Travis, Bierman Geesing Ward & Wood, LLC, Bethesda, Maryland; Brian L. Moffet, Gordon, Feinblatt, Rothman, Hoffberger & Hollander, Baltimore, Maryland; John Curtis Lynch, Troutman Sanders, LLP, Virginia Beach, Virginia, for Appellees.

Before DUNCAN, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kwame Asafo–Adjei appeals the district court's order dismissing Asafo–Adjei's amended complaint with prejudice, and entering costs in favor of all Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Asafo–Adjei v. First Sav. Mortg. Corp.,* No. 8:09–cv–02184–RWT, 2011 WL 344613 (D.Md. Feb. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*